NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GERMAINE SMALL,                          )
                                         )
        Appellant,                   )
                                         )
v.                                       )        Case No. 2D18-702
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                    )
                                         )
_____  )

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Pat Siracusa, Judge.

PER CURIAM.

        Affirmed.

CASANUEVA, KHOUZAM, and ATKINSON, JJ., Concur.